UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUSTIN LANGFORD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NAPHCARE INC. et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01339-RFB-VCF<br><br>ORDER |

**I.　DISCUSSION**

The Court grants Plaintiff's motion for extension of time to file an application to proceed *in forma pauperis* in part. (ECF No. 5). Plaintiff requests a 90-day extension to file a complete application to proceed *in forma pauperis*. (*Id.* at 1). The Court notes that Plaintiff previously filed his financial certificate and inmate account statement. (ECF No. 1-2). As such, Plaintiff only needs to submit pages 1 through 3 of the application to proceed *in forma pauperis* to this Court.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted in part. Plaintiff shall file pages 1 through 3 of his application to proceed *in forma pauperis* within thirty (30) days from the date of this order.

It is further ordered that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file pages 1 through 3 of the application to proceed *in forma pauperis*; or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

It is further ordered that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 17th day of August 2018.

_____
UNITED STATES MAGISTRATE JUDGE