UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JUSTIN LANGFORD,

          Plaintiff,

v.

NAPHCARE INC., et al

          Defendants.

Case No. 2:18-cv-01339-RFB-VCF

**ORDER TO PRODUCE FOR VIDEOCONFERENCE JUSTIN LANGFORD, #1159546**

TO:    TIM GARRETT, WARDEN, LOVELOCK CORRECTIONAL CENTER, LOVELOCK, NV

**THE COURT HEREBY FINDS** that **JUSTIN LANGFORD, #1159546**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall arrange for and produce **JUSTIN LANGFORD, #1159546,** on or about Friday, September 10, 2021, at the hour of 10:15 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **JUSTIN LANGFORD, #1159546,** is released and discharged by the said Court; and that **JUSTIN LANGFORD, #1159546**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, Nevada, under safe and secure conduct.

**DATED** this 2nd day of September, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**