# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JUSTIN LANGFORD, | |
| Plaintiff(s), | |
| v. | 2:18-cv-01339-RFB-VCF |
| NAPHCARE, INC., JOSEPH an Alabama Corporation; RAYMOND MONDORA, M.D., LAKE MEAD RADIOLOGIST, | **ORDER** |
| Defendant(s). | |

Before the Court is defendant Yarbro's motion to extend discovery deadlines (ECF NO. 57).

No opposition has been filed and the time to file an opposition has passed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though the other parties have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that defendant Yarbro's motion to extend discovery deadlines (ECF NO. 57) is GRANTED.

///

///

1

The following deadlines apply:

| | |
|---|---|
| Amendment to pleadings/join additional parties | The deadline has passed and will not be extended. |
| Initial Expert Disclosures | December 9, 2022 |
| Rebuttal Expert Disclosure | January 9, 2023 |
| Close of Discovery | February 7, 2023 |
| Dispositive Motion | March 9, 2023 |
| Joint Pretrial Order | April 10, 2023 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 4th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE