Paul A. Cardinale, SBN 8394
Melanie B. Chapman SBN 6223
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@med-defenselaw.com
Melanie.Chapman@med-defenselaw.com

**Southern Nevada Office:**
2965 South Jones Blvd., Suite E1
Las Vegas, NV 89148
Tel: (702) 342-8116
Attorney for Defendant
DEAN YARBRO, M.D. (substituted for
Defendant Doe "LAKE MEAD RADIOLOGIST")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN LANGFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC. an Alabama Corporation; RAYMOND MONDORA, M.D., LAKE MEAD RADIOLOGIST,<br><br>    Defendants. | CASE NO.: 2:18-cv-01339-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT DEAN YARBRO, M.D.** |

**IT IS HEREBY STIPULATED** between Defendant DEAN YARBRO (herein referred to as "Defendant"), by and through his attorneys of record, Paul A. Cardinale and Melanie B. Chapman of the law firm Medical Defense Law Group and Plaintiff JUSTIN LANGFORD, Plaintiff Pro Se, that Defendant DEAN YARBRO, M.D. may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: Jan. 17TH, 2023

_____
JUSTIN LANGFORD
Plaintiff Pro Se

---
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO
DEFENDANT DEAN YARBRO, M.D.

Dated: January 10, 2023

                                                  MEDICAL DEFENSE LAW GROUP

                                              /s/ *Melanie B. Chapman*
                                   By: _____
                                          PAUL A. CARDINALE
                                          Nevada State Bar No. 8394
                                          MELANIE B. CHAPMAN
                                          Nevada State Bar No. 6223
                                          Attorneys for Defendant Dean Yarbro, M.D.

## ORDER FOR DISMISSAL WITH PREJUDICE

    Pursuant to the foregoing Stipulation, and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Defendant DEAN YARBRO, M.D. is dismissed from this action with prejudice, each party to bear their own costs and attorney's fees.

DATED: _____

                                            _____
                                            RICHARD E. BOULWARE, II
                                            United States District Court
                                            DATED this 23rd day of January, 2023.

Respectfully submitted,

MEDICAL DEFENSE LAW GROUP

    /s/ *Melanie B. Chapman*
By: _____
    PAUL A. CARDINALE
    Nevada State Bar No. 8394
    MELANIE B. CHAPMAN
    Nevada State Bar No. 6223
    Attorneys for Defendant Dean Yarbro, M.D.

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on this 10th day of January, 2023, the foregoing:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT DEAN YARBRO, M.D.**

was served as follows upon the following:

    √    Through the CM/ECF System of the United States District Court for the District of Nevada upon the following:

    ___    By U.S. Mail, First Class, Postage Prepaid upon the following:

**_PLAINTIFF IN PRO PER_**

Justin Langford
1159546
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV  89419

                                         */s/ Deseree Rosebrock*
                                         _____
                                         An employee of Medical Defense Law Group